IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII LABORERS' TRUST FUNDS (*Hawaii Laborers' Health and Welfare Trust Funds* by its Trustees Larry K.S. Lum, Russell Nonaka, Anacleto Alcantara, Ron Prescott, Mark Tagami, Alfonso Oliver, Mark Matsumoto, Peter Ganaban, Joby North II, Richard Nishie; *Hawaii Laborers' Pension Trust Fund* by its Trustees Randall Ching, Cedric Ota, Claude C. Matsumoto, Anacleto Alcantara, Leonard Leong, Alan Shintani, Fred Lau, Karl Kamada, Mark Matsumoto, Peter Ganaban, Joby North II, Alfonso Oliver, Pete Lindsey, Richard Nishie, Narsin Guzon; *Hawaii Laborers' Apprenticeship and Training Trust Fund* by its Trustees Stephen Yoshida, Van Goto, Scott l. Higa, Leonard Leong, Francis Pascual, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, Alvis McCann, Leimomi Johnson; *Hawaii Laborers' Vacation & Holiday Trust Fund* by its Trustees Burt Watanabe, Kyle Nakamura, Anacleto Alcantara, Audrey Hiciano, Alfonso Oliver, Joby North II, Mark Matsumoto, Peter Ganaban; *Hawaii Laborers' Annuity Trust Fund* by its Trustees Ryan Wada, Clay Asato, Craig Nakanishi, Audrey Hiciano, Mark Matsumoto, Peter Ganaban, Alfonso Oliver, Joby North II, Richard Nishie; *Hawaii Laborers and Employers Cooperative and Education Trust Fund* by its Trustees Kenneth Kobatake, Warren Leong, Leonard Dempsey, Mark Tamashiro, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, and Leimomi Johnson) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 15-00217 HG-RLP |

|  |  |
|---|---|
| vs. | ) |
| | ) |
| SIONE K. TAUFATOFUA, | ) |
| individually and dba TAUFATOFUA | ) |
| MASONRY CONTRACTOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| | ) |
| | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 12)

Findings and Recommendation having been filed and served on all parties on November 13, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Entry of Default Judgment Against Defendant Sione K. Taufatofua, Individually and Dba Taufatofua Masonry Contractor (ECF No. 12) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 3, 2013, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge